**Electronically Filed
Supreme Court
SCWC-19-0000883
20-NOV-2024
10:26 AM
Dkt. 27 ODAC**

SCWC-19-0000883

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DALE RODERIC LAURANCE and LYNDA EILEEN LAURANCE, Trustees of the Laurance Living Trust dated May 10, 1989, as restated; BRANDY NICHOLE LAURANCE, LISA G. YAMURA, FRANK GOMES, as Trustee of that certain unrecorded Frank Gomes Self-Trusteed Trust dated June 16, 1987, as amended, made by Frank Gomes as settlor and initial Trustee; BETTY DOI GOMES, as Trustee of that certain unrecorded Betty Doi Gomes Self-Trusteed Trust dated June 16, 1987, as amended, made by Betty Doi Gomes as settlor and initial Trustee; JOSEPH A. GOMES; KEITH A GOMES; ROBIN W. LEDSON, Trustee of the Robin W. Ledson Revocable Living Trust Agreement dated September 12, 2001, as amended and restated; WAIAHA SYSTEM, LLC; KELLY F. GOMES; RANDALL J. GOMES; S. JOSEPH STANEK, Petitioners/Plaintiffs-Counterclaim Defendants-Appellants/ Cross-Appellees,

vs.

MAKANA ALOHA PLANTATION ASSOCIATION, a Hawaii nonprofit association; ALGIS K. RIMKUS, Co-Trustee under The Rimkus Family Revocable Living Trust dated January 31, 1995, as amended and restated, individually and as board member of MAKANA ALOHA PLANTATION ASSOCIATION; RICHARD L. SHELFORD, individually and as board member of MAKANA ALOHA PLANTATION ASSOCIATION; SUSAN W. BLAND, Co-Trustee of the Bland Family Revocable Trust dated and effective as of February 16, 2009, individually and as board member of MAKANA ALOHA PLANTATION ASSOCIATION; MATILDE M. RIMKUS, Co-Trustee under The Rimkus Family Revocable Living Trust dated January 31, 1995, as amended and restated; HEIDI SHELFORD; H. ALLEN STUART, JR. and HYDI R. REDDICK STUART; BART BIAS and MARGOT BIAS; FRANK ORNELLAS, JR. and SUSAN McCALLA ORNELLAS; RONALD PAULK and CARA PAULK; YELLOW DOG INVESTMENTS, LLC, a Hawaii limited liability company, Respondents/Defendants-Counterclaimants-Appellees/ Cross-Appellants,

and

JEFFREY S. BLAND, Co-Trustee of the Bland Family Revocable Trust dated and effective as of February 16, 2009; ROBERT ALLAN JAMES, as Trustee under that certain unrecorded Robert Allan James Revocable Living Trust dated May 12, 2006 and SALLY ANN JAMES, as Trustee under that certain unrecorded Sally Ann James Revocable Living Trust dated May 12, 2006; JAMES R. PETERS, Trustee of the James R. Peters Family Trust dated October 18, 2002; ESTELITA CASINO, as the "Trustee" dated November 5, 2009; SONNY NAKASHIMA and KIMOKO NAKASHIMA, CHARLES NAKASHIMA, THOMAS NAKASHIMA, JAMES NAKASHIMA, AMY NAKASHIMA, and BRENDA NAKASHIMA, Respondents/Defendants-Appellees/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000883; CASE NO. 3CC15100166K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners' Application for Writ of Certiorari, filed on September 23, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 20, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

